### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**OKERA LEONARD**                                                                 **PLAINTIFF**

**v.**                                   **Case No. 4:24-cv-00686-KGB**

**ERIC S. HIGGINS, Sheriff, Pulaski County**                          **DEFENDANT**

### ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). Plaintiff Okera Leonard has not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Leonard's amended complaint for failure to state a claim on which relief may be granted (Dkt. No. 4). The Court recommends that, in the future, this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this 15th of June, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge