IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

OKERA LEONARD                                                              PLAINTIFF

v.                                    Case No. 4:24-cv-00686-KGB

ERIC S. HIGGINS, Sheriff, Pulaski County                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Okera Leonard's amended complaint is dismissed without prejudice (Dkt. No. 4).  The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So adjudged this 15th of June, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge